## STATEMENT OF FACTS IN SUPPORT OF COMPLAINT

Leading up to Monday November 7, 2016, District of Columbia Metropolitan Police Department Detective Timothy Palchak had been acting in an undercover capacity as part of a multi-jurisdictional FBI/MPD Child Exploitation Task Force, operating out of a satellite office in Washington, D.C.  In that capacity, Detective Palchak ("UC") monitored an advertisement in a predicated area of an online website for classified advertisements which, based on the UC's experience and information gathered from other sources, is an area of the site frequented by individuals who have a sexual interest in children and incest, among other fetishes.

On Monday November 7, 2016, at 2:58pm the undersigned (UC) observed an advertisement posted that stated, "Im looking for a mother whos into incest. Like really into it. Who doesnt give a fuck who she is getting fucked by. One who'd be turned on by one of her family members being fucked. A mother with no limits. Send a pic in the message so i know your real."[1] The UC initiated an email conversation with this individual. The exchange ensued:

> UC: Any Luck with your ad? perv/incest dad here with yng daughter. you have limits?
>
> Defendant: No and no send pics
>
> UC: Whats your kik dont like discussing on email
>
> Defendant: infinitesmiles__ (two underscores)

The UC began communicating with this individual, later identified as Michael Jacob, the defendant, via KIK instant messenger. During the course of the chat, the defendant described himself as a 21-year-old male residing in College Park, Maryland. The UC informed the defendant that the UC resided in DC and had shared custody of a 9-year-old girl. The defendant inquired

---

[1] All abbreviations and typographical errors in quoted language are original.

"Whats your experience with your daughter" to which the UC indicated he was sexually active with the purported child. The defendant also asked the UC if he had pictures of his daughter and indicated that the defendant did not have any limits on the age of a child he would sexually abuse. The UC asked the defendant what was "the youngest u have" and the defendant responded, "idk, 6 maybe."

The defendant proceeded to ask the UC if his child "like[s] dick" and whether the UC would "ever share her?" The defendant indicated he has been "looking for a while now" for someone who would allow him sexual access to their child, and came close to meeting a 5-year-old girl at one point. However, the defendant stated that the child's mother "backed out last minute."

The UC asked the defendant what he wanted to do with the UC's daughter, to which the defendant responded, "Well I want her to suck my dick. And I did want to fuck her in both but I can respect both," as the UC had indicated his limit was "no fucking no anal." The defendant then began discussing with the UC arrangements to meet so that the defendant could engage in sexual acts with the UC's daughter. The defendant instructed the UC "send a pic of her naked with the date before i come." After some discussion, the defendant ultimately made arrangements to meet the UC on Wednesday November 9, 2016, for the purpose of having sexual contact with the UC's purported 9-year-old daughter. During the course of the chat, the suspect sent three images depicting child pornography. The images depict the following:

- The first image depicts a prepubescent female child being digitally penetrated in the anus by an adult male finger.

- The second image depicts an adult male ejaculating into the mouth of a prepubescent female child.
- The third image depicts a prepubescent female child sucking on an adult male's penis; the child has ejaculate on her mouth.

The suspect informed the UC that he had a hard drive "full of" child pornography and "all I need is a usb cord." The UC indicated he had such a cord and the defendant responded he would bring the child pornography with him on Wednesday November 9, 2016, to allow the UC to copy his files.

The UC provided the defendant his telephone number. Over the next two days, the defendant remained in touch with the UC and continued discussing the logistics of a meeting. During the chat, the defendant told the UC, "make her suck your dick a little before I come like a short kik vid" so the defendant could be sure the UC was real and not a police officer. The UC agreed that, when the two met for the sexual encounter with between the defendant and the UC's child, the UC would put his child on "FaceTime" from the meeting location so that the defendant could see the child and feel comfortable she is real.

The defendant continued asking the UC about the sexual encounter, including inquiring about the UC's daughter, "Does she drink piss by any chance "and "Could we both piss on her?" The defendant then informed the UC he was on his way and sent the UC an image of himself while driving. The defendant then arrived at the predetermined meet location where he was arrested by agents with the FBI. The agents showed the defendant the image of himself sent to the UC and asked the defendant if that was him, to which the defendant responded affirmatively.

The defendant was interviewed by agents with FBI. He waived his <u>Miranda</u> warnings and provided statement. The defendant identified himself as Michael Jacob and admitted to driving from his apartment in College Park, MD to the District of Columbia to have sex with a minor. He believed she was between 9 and 11 years old. Specifically, the defendant stated that he was going to get a blow job, and then maybe have sex with the child. Additionally, the defendant indicated that he had sent 2 or 3 images of what he called "hard core" child pornography, which the defendant stated depicted penile penetration and oral sex with children. Finally, the defendant admitted to having child pornography on his cellular phone and on a laptop that was recovered by agents from the car the defendant was driving when he arrived in D.C. from Maryland. The defendant stated that he most recently downloaded child pornography this morning because he was excited about the meeting with the UC and his daughter. The defendant also confirmed that, approximately a month ago, he had communicated with a mother via KiK messenger about having a threesome with the woman's minor son, but stated that ultimately he did not meet her.

                                                Special Agent Miguel Miranda
                                                Federal Bureau of Investigation

Sworn and subscribed to before me this 10th day of November, 2016

                                                G. Michael Harvey
                                                United States Magistrate Judge